MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

## Abstract of the Decision.

1, NEGLIGENCE, § 11*—*when concurrent liability of another no defense.* It is no defense to an action for damages to personal property. of another, incurred as a result of the falling of an unfinished building, that persons other than the defendant, who had the contract for the iron work only, may have been equally liable with the defendant for negligently causing the injury complained of.

2. NEGLIGENCE, § 34*—*when negligence shown in fall of wall.* Evidence in an action for damages against a contractor for injuries sustained as a result of the falling of an unfinished building, alleged to have been due to defective steel work, examined and *held* to establish negligence upon the part of such contractor.

---

## M. E. Sutker, Defendant in Error, v. United States Tent & Awning Company, Plaintiff in Error.

### Gen. No. 20,433.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1914.  Affirmed.  Opinion filed June 17, 1915.

### Statement of the Case.

Action by M. E. Sutker against the United States Tent & Awning Company to recover for the amount alleged to be due plaintiff for electrical work and materials furnished to the defendant, partly on a written contract and partly on oral contracts.

From a judgment for plaintiff, defendant appeals.

LITZINGER, McGURN & REID, for plaintiff in error; LEONARD C. REID, of counsel.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Rittenhouse & Beilman, for defendant in error; John J. Beilman, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.

### Abstract of the Decision.

Assumpsit, action of, § 66*—*when evidence sustains recovery.* Evidence in an action to recover for electrical work done and materials furnished to defendant, partly on a written contract and partly on oral contracts, *held* sufficient to sustain a verdict for plaintiff.

---

### Gustav E. Beerly, Administrator, Defendant in Error, v. Globe Indemnity Company of New York, Plaintiff in Error.

### Gen. No. 20,469.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. Robert H. Scott, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed June 17, 1915. Rehearing denied July 3, 1915.

### Statement of the Case.

Action by Gustav E. Beerly, administrator of the estate of Anna Zabelle Gurinian, deceased, against the Globe Indemnity Company of New York, a corporation, upon an alleged compromise agreement for the payment of damages for the death of deceased.

From a judgment for plaintiff, defendant appeals.

The deceased met her death by being run over by an automobile bolonging to one Herman Mollner, who carried an insurance policy issued by the Globe Indem-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.